# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN DAVID EVERETT

      v.

PIERCE COUNTY, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5138FDB

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's complaint is DISMISSED;

Plaintiff's pending motions are DENIED, as being moot; and

The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g).**


| July 5, 2007 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |